UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
   RAMI N.I. TAWFIK, et al.,                      :

                        Plaintiffs,      :

        -against-                       :        1:13-cv-4923 (ALC)(JCF)

SHEIKH NASSER SABAH AL-AHMED    :
AL-SABAH, et al.,                          :        **ORDER ADOPTING REPORT**
                                                        :        **AND RECOMMENDATION**

                   Defendants.     :
------------------------------------------------------------x

**ANDREW L. CARTER, JR., United States District Judge:**

        This matter was referred to Magistrate Judge James C. Francis pursuant to an Order dated July 26, 2013. Magistrate Judge Francis issued a Report and Recommendation ("R&R") on May 12, 2015 recommending the complete dismissal of this action without prejudice due to the failure of Plaintiffs to take action to effect service in a foreign country within 120 days of the filing of the Complaint in this matter on July 16, 2013. *See Usha (India), Ltd. v. Honeywell Int'l, Inc.*, 421 F.3d 129, 133-34 (2d Cir. 2005).

        Despite notification of the right to object to the R&R, no objections were filed. When no objection is made, the Court subjects the R&R to a clear error review. *Arthur v. Goord*, No. 06 Civ. 326, 2008 WL 482866, at *3 (S.D.N.Y. Feb. 21, 2008) ("To accept those portions of the report to which no timely objection is made, 'a district court need only satisfy itself that there is no clear error on the face of the record.'" (quoting *Figueroa v. Riverbay Corp.*, No. 06 Civ. 5364, 2006 WL 3804581, at *1 (S.D.N.Y. Dec. 22, 2006))). There was no clear error.

        In light of the foregoing, the Court ADOPTS Magistrate Judge Francis' R&R. The Court hereby DISMISSES Plaintiffs' Complaint without prejudice. The Clerk of Court is

respectfully directed to close this case from the Court's active docket.

**SO ORDERED.**

Dated:  New York, New York
        June 1, 2015

_____
**ANDREW L. CARTER, JR.**
**United States District Judge**